1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   STEPHEN BERRY,

11          Plaintiff,                    No. CIV S-10-0051 MCE EFB P

12       vs.

13   S. M. SALINAS, Warden, et al.,

14          Defendants.                   ORDER

15   _____/

16        Plaintiff, a prisoner without counsel, has filed a complaint alleging civil rights violations.

17   *See* 42 U.S.C. § 1983.  He has submitted an affidavit requesting leave to proceed *in forma*

18   *pauperis* pursuant to 28 U.S.C. § 1915(a)(1).

19        Section 1915(a)(2) requires "a prisoner seeking to bring a civil action without

20   prepayment of fees or security therefor, in addition to filing the affidavit filed under paragraph

21   (1), shall submit a certified copy of the trust fund account statement (or institutional equivalent)

22   for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . ,

23   obtained from the appropriate official of each prison at which the prisoner is or was confined."

24   Plaintiff has not submitted a certified copy of his trust account statement or the institutional

25   equivalent.  He may comply with this requirement by having prison officials complete the

26   "Certificate" portion of the form application for leave to proceed *in forma pauperis*.

1

1   Accordingly, plaintiff has 30 days from the date this order is served to submit the

2   required trust account statement.  Failure to comply with this order will result in a

3   recommendation that this action be dismissed.  The Clerk of the court is directed to send to

4   plaintiff a new form Application to Proceed In Forma Pauperis by a Prisoner.

5       So ordered.

6   DATED:  February 2, 2010.

7                                          EDMUND F. BRENNAN
                                           UNITED STATES MAGISTRATE JUDGE