IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEPHEN BERRY,

    Plaintiff,                                No. CIV S-10-0051 MCE EFB P

    vs.

S.M. SALINAS, et al.,

    Defendants.                        <u>ORDER</u>

_____/

    Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On August 10, 2010, the court found that plaintiff had failed to file an amended complaint in accordance with the court's June 23, 2010 order, and recommended that this action be dismissed for failure to state a claim. On August 20, 2010, plaintiff filed objections, asserting that he has very limited access to the law library and requests an additional 30 days to file an amended complaint.

    Accordingly, it is ORDERED that:

    1. The August 10, 2010 findings and recommendations are vacated; and

    2. Plaintiff shall, within 30 days, file an amended complaint in accordance with the court's June 23, 2010 order.

Dated: August 30, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE